IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF MONTANA-MISSOULA, <br><br> Defendant. | CV 21–138–M–DLC <br><br><br> ORDER |

Before the Court are Plaintiff's motions for the admission of attorneys Linda M. Correia and Lauren A. Khouri, *pro hac vice*, in the above-captioned matter. (Docs. 4–5.) It appears Mr. Geddes intends to act as local counsel. (*Id.*) The applications attached to the motions (Docs. 4-1; 5-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motions (Docs. 4–5) are GRANTED on the condition that Ms. Correia and Ms. Khouri do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Correia and Ms. Khouri shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Correia and Ms. Khouri file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 18th day of November, 2021.

_____
Dana L. Christensen, District Judge
United States District Court