IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF MONTANA-MISSOULA, <br><br> Defendant. | CV 21–138–M–DLC <br><br><br> ORDER |

Before the Court are Defendant's motions for the admission of attorneys Andrew E. Silvia and Paul G. Lannon, Jr., *pro hac vice*, in the above-captioned matter. (Docs. 11–12.) It appears Ms. Kaleva and Mr. Twidwell intend to act as local counsel. (*Id.*) The applications attached to the motions (Docs. 11-1; 12-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motions (Docs. 11–12) are GRANTED on the condition that Mr. Silvia and Mr. Lannon, Jr. do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Silvia and Mr. Lannon, Jr. shall take steps to register in the Court's electronic

1

filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Silvia and Mr. Lannon, Jr. file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 27th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court