IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF MONTANA-MISSOULA, <br><br> Defendant. | CV 21–138–M–DLC <br><br><br> ORDER |

Before the Court is Defendant University of Montana-Missoula's motion for the admission of attorney Ashley V. Hart of Holland & Knight LLP, *pro hac vice*, in the above-captioned matter. (Doc. 42.) It appears that Elizabeth A Kaleva and Kevin Twidwell of Kaleva Law Office will serve as local counsel in this matter. (*Id.* at 2.) Ms. Hart's application (Doc. 42-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED on the condition that Ashley V. Hart does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Hart shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Hart files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 21st day of February, 2023.

_____
Dana L. Christensen, District Judge
United States District Court