IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF MONTANA-MISSOULA, <br><br> Defendant. | CV 21–138–M–DLC <br><br><br> ORDER |

Before the Court is Defendant University of Montana-Missoula's Unopposed Motion for Leave to File Under Seal. (Doc. 50.) The Court will grant the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 50) is GRANTED. The parties need not take any additional action. L.R. 5.2(g)(2).

DATED this 21st day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court