IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, | CV 21–138–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| UNIVERSITY OF MONTANA-MISSOULA, | |
| Defendant. | |

Before the Court is Defendant University of Montana-Missoula's Unopposed Motion for Leave to File Under Seal. (Doc. 75.) The motion requests that Defendant be granted leave to file the following documents under seal:

1. Defendant's Motion to Strike;
2. Defendant's Brief in Support of its Motion to Strike;
3. Defendant's Reply Brief in Support of its Motion for Summary Judgment;
4. Second Declaration of Andrew Silvia in Support of Motion for Summary Judgment and Motion to Strike; and
5. Exhibits attached to the Second Declaration of Andrew Silvia.

(*Id.* at 2.) The request is made pursuant to the Court's Protective Order, which requires the parties to file under seal material designated "Confidential" to maintain the confidentiality of information related to past and present students and personnel and protect their privacy. (Doc. 40 at 1.)

1

The Court will grant the motion. The Court will also preemptively grant the parties leave to file under seal any documents that contain information subject to this Court's Protective Order which the parties file in the course of briefing the Motion to Strike.

Accordingly, IT IS ORDERED that the motion (Doc. 75) is GRANTED. The parties need not take any additional action. L.R. 5.2(g)(2).

IT IS FURTHER ORDERED that all further filings made in the course of briefing the Defendant's Motion to Strike which contain information subject to this Court's Protective Order (Doc. 40) may be filed under seal.

DATED this 25th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court