IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF MONTANA-MISSOULA,<br><br>　　　　　Defendant. | CV 21–138–M–DLC<br><br><br>ORDER |

Before the Court are Plaintiff Shannon Schweyen's Unopposed Motions for Leave to File Under Seal, (Doc. 105, 119), and Defendant's Unopposed Motion for Leave to File Under Seal, (Doc. 108). The Court will grant the motions.

Accordingly, IT IS ORDERED that the motions (Docs. 105, 108, and 119) are GRANTED. The parties need not take any additional action. L.R. 5.2(g)(2).

DATED this 18th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1