IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN, | CV 21–138–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| UNIVERSITY OF MONTANA-MISSOULA, | |
| Defendant. | |

Before the Court are Defendant's Motion for Summary Judgment (Doc. 55), First Motion to Strike (Doc. 80), Second Motion to Strike (Doc. 95), Motion to Exclude (Doc. 98), and Motions in Limine (Docs. 109, 112, 114). Also before the Court are Plaintiff's Motions in Limine (Docs. 103, 120, and 123). Trial in this matter is scheduled for November 13, 2023, with a final pretrial conference to be held on November 2, 2023. (Doc. 41.) The motion deadline ran on April 10, 2023, and the motions in limine deadline ran on September 25, 2023. (*Id.*) The Court requires additional time to address the parties' motions.

Accordingly, IT IS ORDERED that the final pretrial conference set for November 2, 2023, and trial set for November 13, 2023, and all deadlines following the motions in limine deadline are VACATED, to be reset by future

1

order if necessary.

The Court's previous scheduling order (Doc. 41) otherwise remains in full force and effect.

DATED this 28th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court