UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON SCHWEYEN,<br><br>                 Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF MONTANA-MISSOULA,<br><br>                 Defendant. | Case No. CV-21-138-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in accordance with the order of dismissal dated October 31, 2023, Doc. 153, judgment is entered in favor of the Defendant.

      Dated this 31st day of October, 2023.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ Sarah Nagy
                                     Sarah Nagy, Deputy Clerk