Linda M. Correia (*Pro Hac Vice*)
Lauren A. Khouri (*Pro Hac Vice*)
CORREIA & PUTH, PLLC
1400 16th Street, NW, Suite 450
Washington, DC 20036
Phone:  (202) 602-6500
Fax:    (202) 602-6501
Email:   lcorreia@correiaputh.com
         lkhouri@correiaputh.com

J. Devlan Geddes
Katherine B. DeLong
GOETZ, GEDDES & GARDNER, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:    (406) 587-5144
Email: devlan@goetzlawfirm.com
        kdelong@goetzlawfirm.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SHANNON SCHWEYEN,<br><br>                    Plaintiff,<br>     v.<br><br>UNIVERSITY OF MONTANA-MISSOULA,<br><br>                    Defendant. | Cause No. 9:21-CV-00138-DLC<br><br>**PLAINTIFF SHANNON SCHWEYEN'S NOTICE OF APPEAL** |

1

Notice is given that Plaintiff Shannon Schweyen hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of this Court (Doc No. 154) and the related Order (Doc No. 153) entered in this action on October 31, 2023.

Date: November 29, 2023    Respectfully submitted,

_____
J. Devlan Geddes
Katherine B. DeLong
GOETZ, GEDDES & GARDNER, P.C.

Linda M. Correia
Lauren A. Khouri
CORREIA & PUTH, PLLC

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I am filing the foregoing through the Court's NextGen Pacer System (also known as the CM/ECF system), which will serve a copy on all counsel of record.

_____
Lauren A. Khouri